UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SULAYMAN SARR,

                Petitioner,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

CASE NO. 2:24-cv-01293-RAJ-BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Petitioner has submitted an application to proceed *in forma pauperis*, which demonstrates an inability to pay the $5.00 filing fee. The Court thus **GRANTS** petitioner's application. Dkt. 1. The Clerk is directed to (1) file petitioner's habeas corpus petition without the prepayment of fees, and (2) send a copy of this Order to petitioner and the assigned District Judge.

    DATED this 21st day of August, 2024.

                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge