UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SULAYMAN SARR,

    Petitioner,

v.

BRUCE SCOTT,

    Respondent.

CASE NO. 2:24-cv-01293-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. 6) is GRANTED in part and DENIED in part. The habeas petition (Dkt. 6) is GRANTED as to petitioner's due process claim and request for a bond hearing and DENIED in all other respects.

(3) The Government's motion to dismiss (Dkt. 9) is GRANTED in part and DENIED in part. The motion is DENIED as to petitioner's due process claim and request for a bond hearing and GRANTED in all other respects.

(4) **Within 30 days** of the date of this order the Government shall provide Petitioner with an individualized bond hearing that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

(5) Petitioner's request for a temporary restraining order ("TRO") (Dkt. 6) is DENIED as moot.

(6) Petitioner's motion to substitute the Respondent (Dkt. 12) is GRANTED. Bruce Scott, the warden of NWIPC, is substituted as the Respondent in this action. The Clerk is directed to update the docket accordingly.

(7) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 4th day of February, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2